No. 13-5990

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

AMY JERRINE MISCHLER,                    )
                                         )
         Plaintiff-Appellant,            )
                                         )
v.                                       )        O R D E R
                                         )
JONAH L. STEVENS et al.,                 )
                                         )
         Defendants-Appellees.           )
                                         )

FILED
**Aug 27, 2013**
DEBORAH S. HUNT, Clerk

Before:  COLE and GIBBONS, Circuit Judges; COHN, District Judge.[*]

This matter is before the court to determine if this appeal was taken from an appealable order. Amy Mischler filed a pro se complaint raising a number of claims against a number of parties on January 28, 2013.  On June 26, 2013, the district court filed an order dismissing fewer than all of the claims and fewer than all of the defendants.  Mischler filed a notice of appeal on July 24, 2013, in which she specified that she was appealing the dismissal of claims from her complaint.

This court lacks jurisdiction over this appeal.  A district court's dismissal of fewer than all of a plaintiff's claims is not immediately appealable without a Federal Rule of Civil Procedure 54(b) certification.  *See Liberty Mut. Ins. Co. v. Wetzel*, 424 U.S. 737, 742-45 (1976); *Bonner v. Perry*, 564 F.3d 424, 427 (6th Cir. 2009).  The same is true of dismissal of fewer than all defendants.  A partial dismissal is also not immediately appealable under the "collateral order" doctrine announced in *Cohen v. Beneficial Industrial Loan Corp.*, 337 U.S. 541 (1949).  Because the district court has not entered a final, appealable order, this court lacks jurisdiction over this interlocutory appeal of the partial decision.  *See Bonner*, 564 F.3d at 427-29; *Gillis v. U.S. Dep't of HHS*, 759 F.2d 565, 569 (6th Cir. 1985).

---

[*]The Honorable Avern Cohn, United States District Judge for the Eastern District of Michigan, sitting by designation.

The appeal is dismissed.

ENTERED BY ORDER OF THE COURT

Clerk